Exhibit 1



# United States of America
### United States Patent and Trademark Office

# HARLEY-DAVIDSON

**Reg. No. 4,771,447**
**Registered July 14, 2015**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

**Int. Cl.: 14**

FOR: HOUSE MARK FOR A FULL LINE OF JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,450,348, 3,793,632 AND OTHERS.

SER. NO. 86-278,271, FILED 5-12-2014.

MEREDITH MARESCA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



## United States of America
### United States Patent and Trademark Office

# HARLEY-DAVIDSON

**Reg. No. 3,690,031**
Registered Sep. 29, 2009

**Int. Cl.: 6**

**TRADEMARK**
**PRINCIPAL REGISTER**

H-D MICHIGAN, LLC (MICHIGAN LIMITED LIABILITY COMPANY)
315 W. HURON STREET
SUITE 400
ANN ARBOR, MI 48103

FOR: NON-LUMINOUS, NON-MECHANICAL TIN SIGNS, NON-LUMINOUS, NON-MECH-ANICAL METAL SIGNS, TOOL BOXES OF METAL, TOOL CHESTS OF METAL, METAL KEYS FOR LOCKS, KEY RINGS OF METAL, KNIFE HANDLES OF METAL, METAL PET TAGS, METAL LUGGAGE TAGS AND METAL PERSONAL IDENTIFICATION TAGS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 526,750, 2,921,245, AND OTHERS.

SN 77-355,347, FILED 12-19-2007.

KAREN K. BUSH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 3,490,890

Registered Aug. 26, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# HARLEY-DAVIDSON

H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON, SUITE 400
ANN ARBOR, MI 48103

FOR: HOUSE MARK FOR A LINE OF MOTOR-
CYCLES, STRUCTURAL PARTS FOR MOTOR-
CYCLES AND RELATED MOTORCYCLE
ACCESSORIES, NAMELY, SEATS, BACKRESTS,
DECORATIVE FUEL TANK PANELS, TRANSMIS-
SION GEARS, FUEL TANKS, WHEEL SPROCKETS,
GEAR SHIFTS, CLUTCHES, BATTERY COVERS
AND STRAPS, FRONT REAR, AND INTERMEDI-
ATE KICKSTANDS, HUB CAPS, SHIFT KNOBS,
FOOT RESTS AND EXTENSIONS, WINDSHIELDS,
LEG SHIELDS, FENDER TIPS, BREAK PEDALS,
HANDLEBAR GRIPS, SAFETY GUARDS, NAMELY,
BARS FOR ATTACHMENT TO MOTORCYCLES,
STEERING DAMPERS, SHOCK ABSORBERS,
SPARE WHEELS, SPARE WHEEL CARRIERS, BOOT
GUARDS, NAMELY, MUD FLAPS AND FENDERS,

SADDLE COVERS, LUGGAGE CARRIERS, LI-
CENSE PLATE FRAMES, HANDLEBAR CROSS
BARS, FOOT PEDAL PADS, TANK AND FENDER
PADS, REARVIEW, FENDERS AND SKIRTS, AND
WHEEL BALANCE WEIGHTS, IN CLASS 12 (U.S.
CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1906; IN COMMERCE 0-0-1906.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,255,091, 1,594,879
AND OTHERS.

SER. NO. 76-670,340, FILED 12-14-2006.

SANDRA MANIOS, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,393,840

Registered Mar. 11, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# HARLEY-DAVIDSON

H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON, SUITE 400
ANN ARBOR, MI 48103

FOR: HOUSE MARK FOR A FULL LINE OF
CLOTHING, FOOTWEAR AND HEADWEAR, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-15-1915; IN COMMERCE 12-15-1915.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,234,404, 1,450,348
AND OTHERS.

SER. NO. 76-670,351, FILED 12-14-2006.

SANDRA MANIOS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,281,489

## United States Patent and Trademark Office

Registered Sep. 28, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY-DAVIDSON

H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON ST., SUITE 400
ANN ARBOR, MI 48103

FOR: NECKLACES, BRACELETS, TIE
TACKS AND WATCH BANDS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1981; IN COMMERCE
0–0–1981.

SER. NO. 75–536,763, FILED 8–14–1998.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

Int. Cls.: 37 and 42

Prior U.S. Cls.: 101 and 103

**United States Patent and Trademark Office**

Reg. No. 1,311,457
Registered Dec. 25, 1984

## SERVICE MARK
### Principal Register

# HARLEY-DAVIDSON

Harley-Davidson Motor Co., Inc. (Wisconsin corporation)
P.O. Box 653
3700 W. Juneau Ave.
Milwaukee, Wis. 53201

For: REPAIR AND SERVICING OF MOTOR-CYCLES, in CLASS 37 (U.S. Cl. 103).
First use 1905; in commerce 1905.
For: RETAIL STORE SERVICES IN THE FIELD OF MOTORCYCLES, in CLASS 42 (U.S.

Cl. 101).
First use 1905; in commerce 1905.
Owner of U.S. Reg. Nos. 135,864, 1,255,091 and others.

Ser. No. 456,443, filed Dec. 9, 1983.

MARY E. HANNON, Examining Attorney

Int. Cl.: 26

Prior U.S. Cl.: 40

**United States Patent and Trademark Office**    Reg. No. 1,602,474
Registered June 19, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY-DAVIDSON

HARLEY-DAVIDSON, INC. (DELAWARE COR-
PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: BELT BUCKLES, IN CLASS 26 (U.S. CL.
40).

FIRST USE 0-0-1981; IN COMMERCE
0-0-1981.
OWNER OF U.S. REG. NO. 1,450,348.

SER. NO. 73-839,893, FILED 11-15-1989.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

Int. Cls.: 9 and 25

Prior U.S. Cls.: 26 and 39

**United States Patent and Trademark Office**

Reg. No. 1,234,404
Registered Apr. 12, 1983

## TRADEMARK
### Principal Register

## HARLEY-DAVIDSON

Harley-Davidson Motor Co., Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

For: SUNGLASSES AND PROTECTIVE HELMETS FOR MOTORCYCLISTS, in CLASS 9 (U.S. Cl. 26).

First use Dec. 15, 1915; in commerce Dec. 15, 1915.

For: CLOTHING—NAMELY, JACKETS, PANTS, SHIRTS, T-SHIRTS, VESTS, JEANS, RIDING SUITS, BANDANNAS, RAIN SUITS, SHORTS, NIGHTGOWNS, HALTERS, UNDER-WEAR, TANK TOPS, SWEATSHIRTS, NIGHT SHIRTS, SOCKS, GLOVES, HATS, CAPS AND BOOTS, in CLASS 25 (U.S. Cl. 39).

First use Dec. 15, 1915; in commerce Dec. 15, 1915.

Owner of U.S. Reg. Nos. 507,163, 1,078,871 and others.

Ser. No. 345,526, filed Jan. 13, 1982.

CONNIE M. JUDGE, Examining Attorney

Int. Cls.: 6, 8, 14, 16, 18, 20, 21, 24, 25, 28 and 34

Prior U.S. Cls.: 2, 3, 8, 13, 14, 22, 23, 27, 28, 32, 38, 39, 42 and 50

## United States Patent and Trademark Office

Reg. No. 1,450,348
Registered Aug. 4, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY-DAVIDSON

HARLEY-DAVIDSON, INC. (DELAWARE CORPORATION)
3700 WEST JUNEAU
MILWAUKEE, WI 53208

FOR: METAL ARTICLES, NAMELY, KEY FOBS, KEY CHAINS AND RINGS, SHOE HEEL NAILS AND LICENSE PLATE HOLDERS, IN CLASS 6 (U.S. CLS. 13 AND 14).

FIRST USE 1-0-1982; IN COMMERCE 1-0-1982.

FOR: KNIFE SHEATHS, IN CLASS 8 (U.S. CL. 23).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

FOR: NECKLACES, EARRINGS, PINS OF NON-PRECIOUS METALS, CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1933; IN COMMERCE 0-0-1933.

FOR: CHILDREN'S BOOKS, BUMPER STICKERS, REMOVABLE TATOOS, PRESSURE SENSITIVE DECALS, CHECKBOOK COVERS, AND PLAYING CARDS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 10-0-1975; IN COMMERCE 10-0-1975.

FOR: LEATHER GOODS, NAMELY, PURSES, WALLETS, DUFFLE BAGS, MOTORCYCLE SADDLE BAGS, KEY FOBS, AND KEY HOLDERS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 10-0-1976; IN COMMERCE 10-0-1976.

FOR: DIRECTOR'S CHAIRS, MIRRORS AND NOVELTY BUTTON BADGES, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 10-0-1978; IN COMMERCE 10-0-1978.

FOR: TRAVEL COOLERS, PITCHERS, MUGS, DRINKING GLASSES, PICTURES PRINTED ON PLATE GLASS, COASTERS, DECANTERS, CUPS, PLASTIC MUGS, AND COOKIE JARS, IN CLASS 21 (U.S. CL. 2).

FIRST USE 10-0-1975; IN COMMERCE 10-0-1975.

FOR: TEXTILE WALL HANGINGS, TOWELS, BED SPREADS, SHEETS, PILLOW CASES, PILLOW SHAMS, DRAPERIES, AND CURTAINS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 1-0-1986; IN COMMERCE 1-0-1986.

FOR: SWEAT PANTS, SWEATERS, SUSPENDERS, SCARVES, BANDANAS, LEATHER CLOTHING, NAMELY, JACKETS, VESTS, GLOVES, JEANS, CHAPS, TOPS, BOOTS, SHORTS, CAPS, BELTS, WRISTBANDS, AND PARTS OF FOOTWEAR, NAMELY BOOT TIPS, SOLE PLATES, HEEL SHIFTER SPURS, AND HEEL GUARDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-0-1947; IN COMMERCE 8-0-1947.

FOR: STUFFED TOY ANIMALS, TOY BANKS, MODEL KITS, ROCKING HORSES AND DARTBOARDS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 6-16-1969; IN COMMERCE 6-16-1969.

FOR: CIGARETTE CASES, LIGHTER CASES, CIGARETTE LIGHTERS, SNUFF CAN HOLDERS, AND ASH TRAYS, IN CLASS 34 (U.S. CL. 8).

FIRST USE 0-0-1933; IN COMMERCE 0-0-1933.

OWNER OF U.S. REG. NOS. 1,223,355, 1,255,091 AND OTHERS.

SER. NO. 623,412, FILED 10-1-1986.

ROBERT G. RATHBUN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Renewal

Reg. No. 507,163
Registered Mar. 1, 1949
OG Date July 11, 1989

## TRADEMARK
## PRINCIPAL REGISTER

### HARLEY-DAVIDSON

HARLEY-DAVIDSON, INC. (DELA-WARE CORPORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208, ASSIGNEE BY MESNE ASSIGNMENT, MERGER AND CHANGE OF NAME HARLEY-DAVIDSON MOTOR COMPANY (WIS-CONSIN CORPORATION) MILWAU-KEE, WI

SEC. 2(F).

FOR: MOTORCYCLE SHIRTS, SWEATERS, BREECHES, NECKTIES, COVERALLS, RAIN COATS AND HATS, JACKETS, HELMETS, CAPS, AND BOOTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12-15-1915; IN COMMERCE 12-15-1915.

SER. NO. 531,120, FILED 8-12-1947.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 11, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Mar. 1, 1949

**Registration No. 507,163**

PRINCIPAL REGISTER
Trade-Mark
Section 2 (f)

# UNITED STATES PATENT OFFICE

Harley-Davidson Motor Company,
Milwaukee, Wis.

Act of 1946

Application August 12, 1947, Serial No. 531,120

# HARLEY-DAVIDSON

**(Statement)**

Harley-Davidson Motor Company, a corporation duly organized under the laws of the State of Wisconsin, located and doing business at 3700 West Juneau Avenue, Milwaukee, Wisconsin, has adopted and is using the trade-mark shown in the accompanying drawing, for MOTORCYCLE SHIRTS, SWEATERS, BREECHES, NECKTIES, COVERALLS, RAIN COATS AND HATS, JACKETS, HELMETS, CAPS, AND BOOTS, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied or affixed to the goods by printing, stencilling, painting, or otherwise representing the trade-mark directly on the goods, or to the packages containing the same, or by placing thereon a printed label on which the trade-mark is shown, and requests that the same be registered in the United States Patent Office on the Principal Register in according with section 2(f) of the act of July 5, 1946.

The trade-mark was first used on December 15, 1915, and first used in commerce among the several States which may lawfully be regulated by Congress on December 15, 1915.

**(Declaration)**

William H. Davidson, being duly sworn, deposes and says that he is president of Harley-Davidson Motor Company, the applicant named in the foregoing statement; that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and with foreign nations, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress, either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens show the trade-mark as actually used in connection with the goods, that the mark here sought to be registered has become distinctive and has been continuously and exclusively used by the applicant for greatly in excess of five years next preceding the filing of this application, and that the facts set forth in the statement are true.

HARLEY-DAVIDSON MOTOR
COMPANY,
By WILLIAM H. DAVIDSON,
*President.*

Registered Apr. 5, 1949       **Registration No. 508,160**

## PRINCIPAL REGISTER
### Trade-Mark
#### Section 2 (f)

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, May 3, 1954.

# UNITED STATES PATENT OFFICE

**Harley-Davidson Motor Company,
Milwaukee, Wis.**

**Act of 1946**

**Application August 12, 1947, Serial No. 531,113**

# HARLEY-DAVIDSON

**(Statement)**

Harley-Davidson Motor Company, a corporation duly organized under the laws of the State of Wisconsin, located and doing business at 3700 West Juneau Avenue, Milwaukee, Wisconsin, has adopted and is using the trade-mark shown in the accompanying drawing, for MOTORCYCLE GENERATORS AND SPARE PARTS FOR SAME, WIRING AND WIRING HARNESSES FOR MOTORCYCLES, SWITCHES, SWITCH PANELS AND SPARE PARTS AND SPARE PARTS FOR SAME, ELECTRIC LAMPS AND SPARE PARTS FOR SAME, ELECTRIC LAMP MOUNTINGS AND SPARE PARTS FOR SAME, STORAGE BATTERIES AND SPARE PARTS FOR SAME, SPARK PLUGS, ELECTRIC SIGNS, in Class 21, Electrical apparatus, machines, and supplies, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods, to labels affixed to the goods, and/or containers for the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with sec. 2(f) of the act of July 5, 1946.

The trade-mark was first used on December 1, 1919, and first used in commerce among the several States which may lawfully be regulated by Congress on December 1, 1919.

**(Declaration)**

William H. Davidson, being duly sworn, deposes and says that he is president of Harley-Davidson Motor Company, the applicant named in the foregoing statement; that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and with foreign nations, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens show the trade-mark as actually used in connection with the goods, that the mark here sought to be registered has become distinctive and has been continuously and exclusively used by the applicant for greatly in excess of five years next preceding the filing of this application, and that the facts set forth in the statement are true.

HARLEY-DAVIDSON MOTOR
          COMPANY,
By WILLIAM H. DAVIDSON,
          *President.*

Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

## United States Patent and Trademark Office

Reg. No. 1,219,955
Registered Dec. 14, 1982

## TRADEMARK
### Principal Register

## HARLEY-DAVIDSON

Harley-Davidson Motor Co. Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

For: PARTS AND SERVICE MANUALS FOR MOTORCYCLES AND GOLF CARTS, PARTS CATALOGS FOR MOTORCYCLES AND GOLF CARTS, NEWSLETTERS AND MAGAZINES DEALING WITH MOTORCYCLES, CALENDARS, POSTERS, AND DECALS, in CLASS 16 (U.S. Cls. 37 and 38).

First use 1907; in commerce 1907.

Owner of U.S. Reg. Nos. 522,500, 1,078,871 and others.

Ser. No. 345,501, filed Jan. 13, 1982.

DAVID C. REIHNER, Examining Attorney

Int. Cl.: 9

Prior U.S. Cls.: 26 and 39

## United States Patent and Trademark Office

Reg. No. 1,606,282
Registered July 17, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY-DAVIDSON

HARLEY-DAVIDSON, INC. (DELAWARE COR-
 PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: SAFETY GOGGLES, PROTECTIVE
HELMETS AND SUNGLASSES, IN CLASS 9
(U.S. CLS. 26 AND 39).

FIRST USE 0–0–1981; IN COMMERCE
0–0–1981.

OWNER OF U.S. REG. NO. 1,263,936.

SER. NO. 73–839,374, FILED 11–15–1989.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cls.: 7, 9 and 12

Prior U.S. Cl.: 21

Reg. No. 508,160

**United States Patent and Trademark Office**

Registered Apr. 5, 1949

Renewal

OG Date May 23, 1989

## TRADEMARK
## PRINCIPAL REGISTER

## HARLEY-DAVIDSON

HARLEY-DAVIDSON, INC. (DELA-WARE CORPORATION)
3700 W. JUNEAU AVE.
MILWAUKEE, WI 53208, ASSIGNEE BY MESNE ASSIGNMENT AND CHANGE OF NAME FROM HARLEY-DAVIDSON MOTOR COMPANY (WISCONSIN CORPORATION) MILWAUKEE, WI

SEC. 2(F).

FOR: MOTORCYCLE GENERATORS AND SPARE PARTS FOR SAME, WIRING AND WIRING HARNESSES FOR MOTORCYCLES, SWITCHES, SWITCH PANELS AND SPARE PARTS FOR SAME, ELECTRIC LAMPS AND SPARE PARTS FOR SAME, ELECTRIC LAMP MOUNTINGS AND SPARE PARTS FOR SAME, STORAGE BATTERIES AND SPARE PARTS FOR SAME, SPARK PLUGS, ELECTRIC SIGNS, IN CLASS 21 (INT. CLS. 7, 9 AND 12).

FIRST USE 12-1-1919; IN COMMERCE 12-1-1919.

SER. NO. 531,113, FILED 8-12-1947.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 23, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered June 27, 1950

Registration No. 526,750

## PRINCIPAL REGISTER
### Trade-Mark

PROPERTY OF THE US PATENT OFFICE
NOT TO BE TAKEN FROM FILES

# UNITED STATES PATENT OFFICE

Harley-Davidson Motor Company,
Milwaukee, Wis.

Act of 1946

Application August 12, 1947, Serial No. 531,112

# HARLEY-DAVIDSON

**(Statement)**

Harley-Davidson Motor Company, a corporation duly organized under the laws of the State of Wisconsin, located and doing business at 3700 West Juneau Avenue, Milwaukee, Wisconsin, has adopted and is using the trade-mark shown in the accompanying drawing, for MOTORCYCLES AND STRUCTURAL PARTS THEREOF, ACCESSORIES—NAMELY, FRONT, REAR, AND INTERMEDIATE STANDS, HUB CAPS, SHIFT KNOBS, SEATS, FOOT RESTS AND EXTENSIONS, SIDE CARS, WINDSHIELDS, LEG SHIELDS, FENDER TIPS, EXHAUST STACKS, PEDALS, GRIPS, SAFETY GUARDS, STEERING DAMPERS, SHOCK ABSORBERS, SPARE WHEELS, WHEEL CARRIERS, NAME PLATES, BOOT GUARDS, SADDLE COVERS, STRAP HANGERS, LUGGAGE CARRIERS, SIDECAR COVERS, LICENSE FRAMES, HANDLEBAR CROSS BARS, FOOT PEDAL PADS, TANK AND FENDER PADS, TANDEM SEATS, FOOT RESTS, REAR VIEW MIRRORS, SIDECAR HANDRAILS, CUSHIONS AND BUMPERS, FENDERS AND SKIRTS, AND WHEEL BALANCE WEIGHTS—in Class 19, Vehicles, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied or affixed to the goods by printing, stenciling, painting, or otherwise representing the trade-mark directly on the goods, or to the packages containing the same, or by placing thereon a printed label on which the trade-mark is shown, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946.

The trade-mark was first used in 1923, and was first used in commerce among the several States which may lawfully be regulated by Congress in 1923.

The mark is claimed to have become distinctive of the applicant's goods in commerce which may lawfully be regulated by Congress through substantially exclusive and continuous use thereof as a mark by the applicant in commerce for the five years next preceding the date of the filing of this application.

Applicant is the owner of the following registrations: No. 135,864, Harley-Davidson Motor Company, October 19, 1920; No. 264,302, Harley-Davidson Motor Company, November 19, 1929; and No. 271,164, Harley-Davidson Motor Company, May 27, 1930.

**(Declaration)**

William H. Davidson, being duly sworn, deposes and says that he is the president of Harley-Davidson Motor Company, the applicant named in the foregoing statement; that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and with foreign nations, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

HARLEY-DAVIDSON MOTOR COMPANY,
By WILLIAM H. DAVIDSON,
*President.*

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent Office

Reg. No. 1,078,871
Registered Dec. 6, 1977

# TRADEMARK
### Principal Register

## HARLEY-DAVIDSON

AMF Incorporated (New Jersey corporation)
777 Westchester Ave.
White Plains, N.Y. 10604

For: VEHICLES—NAMELY, MOTORCYCLES AND GOLF CARS—in CLASS 12 (U.S. CL. 19).
First use on or about 1906; in commerce on or about 1906.
Owner of Reg. Nos. 135,864 and 966,936.

Ser. No. 122,950, filed Apr. 15, 1977.

SIDNEY MOSKOWITZ, Examiner

**Int. Cls.: 12 and 25**

**Prior U.S. Cls.: 19 and 39**

**Reg. No. 1,205,380**

# United States Patent and Trademark Office

**Registered Aug. 17, 1982**

## TRADEMARK
### Principal Register



Harley-Davidson Motor Co., Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

   For: MOTORCYCLES, in CLASS 12 (U.S. Cl. 19).
   First use Jun. 16, 1981; in commerce Jun. 16, 1981.
   For: CLOTHING—NAMELY, T-SHIRTS, in

CLASS 25 (U.S. Cl. 39).

   First use Jun. 16, 1981; in commerce Jun. 16, 1981.

   Ser. No. 320,531, filed Jul. 24, 1981.

SIDNEY I. MOSKOWITZ, Primary Examiner

Int. Cls.: 6, 12, 14, 16, 18, 20, 21, 25, 26 and 34

Prior U.S. Cls.: 2, 3, 8, 19, 28, 32, 37, 39, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 1,224,868

Registered Jan. 25, 1983

# TRADEMARK
## Principal Register



Harley-Davidson Motor Co., Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

For: DECORATIVE ITEMS FOR MOTORCY-CLES—NAMELY, MEDALLIONS, in CLASS 6 (U.S. Cl. 50).

First use Oct. 1975; in commerce Oct. 1975.

For: VEHICLES—NAMELY, MOTORCYCLES AND MOTORCYCLE STRUCTURAL PARTS, AND DECORATIVE ITEMS FOR MOTORCY-CLES—NAMELY, MOTORCYCLE COVERS FOR ENGINE AND TRANSMISSION OPEN-INGS, AND FITTED MOTORCYCLE COVERS, in CLASS 12 (U.S. Cls. 19 and 50).

First use Jul. 1975; in commerce Jul. 1975.

For: KEY RING FOBS AND JEWELRY—NAMELY, NECKLACES, in CLASS 14 (U.S. Cl. 28).

First use Oct. 1975; in commerce Oct. 1975.

For: GENERAL PURPOSE DECALS, DECO-RATIVE ITEMS FOR MOTORCYCLES—NAME-LY, DECALS, AND METALLIC FOIL DECALS, in CLASS 16 (U.S. Cl. 37).

First use Oct. 1975; in commerce Oct. 1975.

*① FACE*

**2**                              1,224,868

For: WALLETS, in CLASS 18 (U.S. Cl. 3).

First use Oct. 1976; in commerce Oct. 1976.

For: MIRRORS AND DECORATIVE WALL PLAQUES, in CLASS 20 (U.S. Cl. 32).

First use Oct. 1978; in commerce Oct. 1978.

For: DRINKING CUPS AND MUGS, in CLASS 21 (U.S. Cl. 2).

First use Oct. 1975; in commerce Oct. 1975.

For: CLOTHING—NAMELY, JACKETS, T-SHIRTS, TANK TOPS, HALTERS, PANTIES, SWEAT SHIRTS, BANDANNAS, HATS, CAPS, BOOTS, AND MOTORCYCLE RIDING SUITS, in CLASS 25 (U.S. Cl, 39).

First use Oct. 1975; in commerce Oct. 1975.

For: BELT BUCKLES AND STICK, LAPEL, AND HAT PINS, ALL OF NONPRECIOUS METALS, AND DECORATIVE CLOTH PATCHES, in CLASS 26 (U.S. Cls. 28 and 40).

First use Oct. 1975; in commerce Oct. 1975.

For: CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use Oct. 1978; in commerce Oct. 1978.

Ser. No. 332,012, filed Oct. 13, 1981.

DAVID C. REIHNER, Examining Attorney

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,352,679
Registered Aug. 6, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY

HARLEY-DAVIDSON MOTOR CO., INC. (WIS-
CONSIN CORPORATION)
3700 W. JUNEAU AVE.
MILWAUKEE, WI 53208

FOR: MOTORCYCLES, IN CLASS 12 (U.S. CL.
19).

FIRST USE 3–28–1982; IN COMMERCE
3–28–1982.
OWNER OF U.S. REG. NOS. 135,864, 1,219,955
AND OTHERS.

SER. NO. 373,047, FILED 7–6–1982.

DONALD B. AIKEN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,406,876
Registered Aug. 26, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY

HARLEY-DAVIDSON MOTOR CO., INC. (WIS-
CONSIN CORPORATION)
P.O. BOX 653
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53201

FOR: CLOTHING; NAMELY--KNIT HATS,
CAPS, LEG WARMERS AND SCARVES; TEE
SHIRTS FOR MEN, WOMEN AND CHILDREN;
KNIT TOPS FOR WOMEN AND GIRLS; AND

CHILDREN'S SHIRTS, IN CLASS 25 (U.S. CL.
39).

FIRST USE 12-0-1981; IN COMMERCE
12-0-1981.

OWNER OF U.S. REG. NOS. 1,352,679 AND
1,365,211.

SEC. 2(F).

SER. NO. 582,174, FILED 2-10-1986.

ERIC WACHSPRESS, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,621,383
Registered Nov. 6, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY-DAVIDSON

HARLEY-DAVIDSON, INC. (DELAWARE COR-
PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: MODEL TOY MOTORCYCLES, MINIA-
TURE MOTORCYCLE REPLICAS, MODEL
TOY TRUCKS, ELECTRONICALLY OPERAT-
ED TOY MOTORCYCLES AND SNOW SLEDS,
IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1986; IN COMMERCE
0-0-1986.

OWNER OF U.S. REG. NOS. 947,170, 1,450,348
AND OTHERS.

SER. NO. 73–839,902, FILED 11–15–1989.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

Int. Cls.: 5, 6, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26 and 34

Prior U.S. Cls.: 2, 3, 8, 12, 13, 18, 19, 21, 22, 26, 28, 32, 38, 39, 40, 42, 44 and 50

Reg. No. 1,263,936

## United States Patent and Trademark Office

Registered Jan. 17, 1984

### TRADEMARK
### Principal Register



Harley-Davidson Motor Co., Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

For: FIRST AID KITS CONTAINING GENERAL PURPOSE FIRST AID SUPPLIES SUCH AS BANDAGES, BANDAGE COMPRESSORS, AMMONIA INHALANT, TOURNIQUETS, ANTIBACTERIAL SOLUTIONS, BURN EMOLLIENT, AND PICRIC ACID GAUZE, in CLASS 5 (U.S. Cls. 18 and 44).

First use 1933; in commerce 1933.

For: OIL TANK TRIM, MEDALLIONS AND NON-LUMINOUS NON-MECHANICAL SIGNS MADE PRIMARILY OF METAL AND PLASTIC, in CLASS 6 (U.S. Cls. 12, 13 and 50).

First use Jun. 10, 1978; in commerce Jun. 10, 1978.

For: SUNGLASSES, BATTERY CHARGERS, PROTECTIVE MOTORCYCLE CRASH HELMETS AND LUMINOUS SIGNS, in CLASS 9 (U.S. Cls. 21 and 26).

First use 1933; in commerce 1933.

For: ELECTRIC LAMPS, in CLASS 11 (U.S. Cl. 21).

First use 1947; in commerce 1947.

For: MUD FLAPS, SISSY BARS, FUEL DOOR PLATES, OIL COOLER COVERS, AIR CLEANERS, RADIO CADDIES, MOTORCYCLE TANK AND FENDER SETS, BUCKET SEATS, CLUTCH COVERS, LEATHER MOTORCYCLE BAGS AND MOTORCYCLES, in CLASS 12 (U.S. Cl. 19).

First use 1966; in commerce 1966.

For: JEWELRY—NAMELY, NECKLACES, RINGS, AND KEY FOBS, in CLASS 14 (U.S. Cl. 28).

First use Jul. 3, 1977; in commerce Jul. 3, 1977.

For: POSTERS, PAPER DECALS AND PLAYING CARDS, in CLASS 16 (U.S. Cls. 22 and 38).

**2**                                    **1,263,936**

First use Feb. 15, 1978; in commerce Feb. 15, 1978.

For: WALLETS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 4, 1977; in commerce Nov. 4, 1977.

For: DECORATIVE WALL PLAQUES AND MIRRORS, in CLASS 20 (U.S. Cls. 32 and 50).

First use 1975; in commerce 1975.

For: MUGS AND INSULATED DRINKING STEINS, in CLASS 21 (U.S. Cl. 2).

First use 1975; in commerce 1975.

For: TOWELS, in CLASS 24 (U.S. Cl. 42).

First use Aug. 14, 1977; in commerce Aug. 14, 1977.

For: CLOTHING—NAMELY, T-SHIRTS, JACKETS, BLUE JEANS, SWEAT SHIRTS, UNDERWEAR, NIGHTSHIRTS, BANDANAS, HEADWEAR, SOCKS, BOOTS, CYCLE RIDING SUITS, APRONS, BELTS AND SUSPENDERS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 6, 1977; in commerce Sep. 6, 1977.

For: EMBROIDERED PATCHES, BELT BUCKLES AND LAPEL, HAT AND STICK PINS ALL OF NON-PRECIOUS METALS, in CLASS 26 (U.S. Cls. 28 and 40).

First use 1936; in commerce 1936.

For: ASH TRAYS AND CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use 1933; in commerce 1933.

Owner of U.S. Reg. Nos. 522,500, 1,078,871 others.

Ser. No. 335,963, filed Nov. 6, 1981

DAVID C. REIHNER, Examining Attorney

**Int. Cls.: 5, 6, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26 and 34**

**Prior U.S. Cls.: 2, 3, 8, 12, 13, 18, 19, 21, 22, 26, 28, 32, 38, 39, 40, 42, 44 and 50**

**United States Patent and Trademark Office**

Reg. No. 1,263,936

Registered Jan. 17, 1984

## TRADEMARK
### Principal Register



Harley-Davidson Motor Co., Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

For: FIRST AID KITS CONTAINING GENERAL PURPOSE FIRST AID SUPPLIES SUCH AS BANDAGES, BANDAGE COMPRESSORS, AMMONIA INHALANT, TOURNIQUETS, ANTI-BACTERIAL SOLUTIONS, BURN EMOLLIENT, AND PICRIC ACID GAUZE, in CLASS 5 (U.S. Cls. 18 and 44).

First use 1933; in commerce 1933.

For: OIL TANK TRIM, MEDALLIONS AND NON-LUMINOUS NON-MECHANICAL SIGNS MADE PRIMARILY OF METAL AND PLASTIC, in CLASS 6 (U.S. Cls. 12, 13 and 50).

First use Jun. 10, 1978; in commerce Jun. 10, 1978.

For: SUNGLASSES, BATTERY CHARGERS, PROTECTIVE MOTORCYCLE CRASH HELMETS AND LUMINOUS SIGNS, in CLASS 9 (U.S. Cls. 21 and 26).

First use 1933; in commerce 1933.

For: ELECTRIC LAMPS, in CLASS 11 (U.S. Cl. 21).

First use 1947; in commerce 1947.

For: MUD FLAPS, SISSY BARS, FUEL DOOR PLATES, OIL COOLER COVERS, AIR CLEANERS, RADIO CADDIES, MOTORCYCLE TANK AND FENDER SETS, BUCKET SEATS, CLUTCH COVERS, LEATHER MOTORCYCLE BAGS AND MOTORCYCLES, in CLASS 12 (U.S. Cl. 19).

First use 1966; in commerce 1966.

For: JEWELRY—NAMELY, NECKLACES, RINGS, AND KEY FOBS, in CLASS 14 (U.S. Cl. 28).

First use Jul. 3, 1977; in commerce Jul. 3, 1977.

For: POSTERS, PAPER DECALS AND PLAYING CARDS, in CLASS 16 (U.S. Cls. 22 and 38).

2            1,263,936

First use Feb. 15, 1978; in commerce Feb. 15, 1978.

For: WALLETS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 4, 1977; in commerce Nov. 4, 1977.

For: DECORATIVE WALL PLAQUES AND MIRRORS, in CLASS 20 (U.S. Cls. 32 and 50).

First use 1975; in commerce 1975.

For: MUGS AND INSULATED DRINKING STEINS, in CLASS 21 (U.S. Cl. 2).

First use 1975; in commerce 1975.

For: TOWELS, in CLASS 24 (U.S. Cl. 42).

First use Aug. 14, 1977; in commerce Aug. 14, 1977.

For: CLOTHING—NAMELY, T-SHIRTS, JACKETS, BLUE JEANS, SWEAT SHIRTS, UNDERWEAR, NIGHTSHIRTS, BANDANAS, HEADWEAR, SOCKS, BOOTS, CYCLE RIDING SUITS, APRONS, BELTS AND SUSPENDERS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 6, 1977; in commerce Sep. 6, 1977.

For: EMBROIDERED PATCHES, BELT BUCKLES AND LAPEL, HAT AND STICK PINS ALL OF NON-PRECIOUS METALS, in CLASS 26 (U.S. Cls. 28 and 40).

First use 1936; in commerce 1936.

For: ASH TRAYS AND CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use 1933; in commerce 1933.

Owner of U.S. Reg. Nos. 522,500, 1,078,871 others.

Ser. No. 335,963, filed Nov. 6, 1981

DAVID C. REIHNER, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,683,455

## United States Patent and Trademark Office   Registered Apr. 14, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY

HARLEY-DAVIDSON, INC. (DELAWARE COR-
PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: SHIRTS, TANK TOPS, BOOTS, AND
SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 12–0–1989; IN COMMERCE
12–0–1989.

OWNER OF U.S. REG. NO. 1,406,876 AND
OTHERS.

SN 74–012,719, FILED 12–19–1989.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,683,455

Registered Apr. 14, 1992

OG Date Sep. 7, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## HARLEY

HARLEY-DAVIDSON, INC. (WISCONSIN CORPORATION)
3700 WEST JUNEAU AVENUE MILWAUKEE, WI 53208, BY MERGER WITH AND CHANGE OF NAME FROM HARLEY-DAVIDSON, INC. (DELAWARE CORPORATION) MILWAUKEE, WI

OWNER OF U.S. REG. NO. 1,406,876 AND OTHERS.

FOR: SHIRTS, TANK TOPS, BOOTS, AND SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-0-1989; IN COMMERCE 12-0-1989.

SER. NO. 74-012,719, FILED 12-19-1989.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 7, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 26

Prior U.S. Cl.: 40

Reg. No. 1,708,362

## United States Patent and Trademark Office

Registered Aug. 18, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## HARLEY

HARLEY-DAVIDSON, INC. (WISCONSIN COR-
    PORATION)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

    FOR: EMBROIDERED PATCHES FOR
CLOTHING, IN CLASS 26 (U.S. CL. 40).
    FIRST USE 0–0–1989; IN COMMERCE
0–0–1989.

OWNER OF U.S. REG. NO. 1,406,876 AND
OTHERS.

    SER. NO. 74–217,056, FILED 10–28–1991.

COLLEEN SCHALLOCK, EXAMINING AT-
TORNEY

Int. Cl.: 26

Prior U.S. Cl.: 40

**Reg. No. 1,711,882**

## United States Patent and Trademark Office

Registered Sep. 1, 1992

### TRADEMARK
**PRINCIPAL REGISTER**



HARLEY-DAVIDSON, INC. (WISCONSIN COR-
PORATION)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: EMBROIDERED PATCHES FOR
CLOTHING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 0–0–1977; IN COMMERCE
0–0–1977.

OWNER OF U.S. REG. NOS. 1,224,868, 1,316,538
AND OTHERS.

SER. NO. 74–217,057, FILED 10–28–1991.

COLLEEN SCHALLOCK, EXAMINING AT-
TORNEY

Int. Cl.: 26

Prior U.S. Cl.: 40

**United States Patent and Trademark Office**

Reg. No. 1,741,456
Registered Dec. 22, 1992

## TRADEMARK
### PRINCIPAL REGISTER



HARLEY-DAVIDSON, INC. (WISCONSIN COR-
PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: EMBROIDERED PATCHES AND BELT
BUCKLES NOT OF PRECIOUS METALS, IN
CLASS 26 (U.S. CL. 40).

FIRST USE 0–0–1977; IN COMMERCE
0–0–1977.
OWNER OF U.S. REG. NOS. 1,511,060, 1,660,539
AND OTHERS.

SER. NO. 74–256,622, FILED 3–18–1992.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: 8, 16, 18, 20, 21, 24, 25, 26, and 34
Prior U.S. Cls.: 2, 3, 8, 17, 22, 23, 29, 30, 33, 37,
    38, 39, 40, and 50

Reg. No. 1,793,137

# United States Patent and Trademark Office

Registered Sep. 14, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## HARLEY OWNERS GROUP

HARLEY-DAVIDSON, INC. (DELAWARE CORPORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: SPORT KNIVES, HUNTING KNIVES, POCKET KNIVES AND KNIFE CASES, IN CLASS 8 (U.S. CL. 23).

FIRST USE 6–0–1988; IN COMMERCE 6–0–1988.

FOR: GREETING CARDS, ROAD ATLASES, POSTERS, CALENDARS, NEWSLETTERS, BOOKS, AND MAGAZINES RELATING TO MOTORCYCLING, PAPER BANNERS RELATING TO MOTORCYCLING, PLAYING CARDS, DECALS, NOTE PAPER, PENS PENCILS AND CHECKBOOK CLUTCHES, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 0–0–1983; IN COMMERCE 0–0–1983.

FOR: WALLETS, CREDIT CARD ATTACHES, KEY FOBS, PURSES, LUGGAGE, TOTE BAGS, TRAVEL BAGS AND GARMENT BAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 2–0–1984; IN COMMERCE 2–0–1984.

FOR: PLASTIC AND ORNAMENTAL PINS AND BADGES, IN CLASS 20 (U.S. CL. 50).

FIRST USE 0–0–1984; IN COMMERCE 0–0–1984.

FOR: DRINKING STEINS AND GLASSES, MUGS, CUPS, INSULATED CAN HOLDERS AND LEATHER CAN, GLASS AND MUG HOLDERS, COMMEMORATIVE PLATES, TOOTHBRUSHES, QUENCHER CUPS AND PORCELAIN, TERRA-COTTA AND GLASS FIGURINES, IN CLASS 21 (U.S. CLS. 2, 29, 30 AND 33).

FIRST USE 0–0–1990; IN COMMERCE 0–0–1990.

FOR: TEXTILE FLAGS AND BANNERS, IN CLASS 24 (U.S. CL. 50).

FIRST USE 6–0–1983; IN COMMERCE 6–0–1983.

FOR: CLOTHING, NAMELY SHIRTS, SWEATSHIRTS, T-SHIRTS, CAPS, HATS, JACKETS, VESTS, SOCKS, SHOES, BOOTS, SCARVES, BELTS, SWEAT PANTS, PANTS, BANDANAS, GLOVES, SUSPENDERS, CHAPS, RAINSUITS, AND MITTENS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1984; IN COMMERCE 0–0–1984.

FOR: BELT BUCKLES AND ORNAMENTAL PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 0–0–1984; IN COMMERCE 0–0–1984.

FOR: ASHTRAYS, CIGARETTE LIGHTERS, CIGARETTE CASES, AND HOLDERS FOR CIGARETTE LIGHTERS, IN CLASS 34 (U.S. CLS. 8 AND 17).

FIRST USE 0–0–1990; IN COMMERCE 0–0–1990.

OWNER OF U.S. REG. NOS. 1,406,876, 1,455,825, AND 1,455,826.

SN 74–012,497, FILED 12–19–1989.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,511,060
Registered Nov. 1, 1988

## TRADEMARK
### PRINCIPAL REGISTER



HARLEY-DAVIDSON, INC. (DELAWARE COR-
PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: CLOTHING, NAMELY, BOOTS, SWEAT
SHIRTS, JEANS, HATS, CAPS, SCARVES, MO-
TORCYCLE RIDING SUITS, NECK TIES,
SHIRTS, T-SHIRTS, JACKETS, VEST, LADIES
TOPS, BANDANAS, SCARVES AND SOX, IN
CLASS 25 (U.S. CL. 39).

FIRST USE 9–6–1977; IN COMMERCE
9–6–1977.

OWNER OF U.S. REG. NOS. 1,205,380, 1,263,936
AND OTHERS.

SEC. 2(F).

SER. NO. 714,305, FILED 3–1–1988.

FRED MANDIR, EXAMINING ATTORNEY

**Int. Cls.: 6, 7, 9, 12, 14, 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 12, 13, 14, 19, 21, 22, 23, 25, 26, 27, 28, 31, 34, 35, 36, 38, 39, 41, 44 and 50**

**Reg. No. 2,376,674**

## United States Patent and Trademark Office

**Registered Aug. 15, 2000**

## TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORATION)
315 WEST HURON STREET, SUITE 400
ANN ARBOR, MI 48103

FOR: METAL LOCKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 0–0–1996; IN COMMERCE 0–0–1996.

FOR: MOTORCYCLE PARTS, NAMELY, SPARK PLUGS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 0–0–1997; IN COMMERCE 0–0–1997.

FOR: OPTICAL AND SAFETY EQUIPMENT, NAMELY, SUNGLASSES AND MOTORCYCLE HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0–0–1988; IN COMMERCE 0–0–1988.

FOR: MOTORCYCLE PARTS, NAMELY MIRRORS, CHAINS, DRIVE BELTS MADE OF RUBBER, SWING ARM PIVOT COVERS, AXLE NUT COVERS, HANDGRIPS, OIL PUMP COVERS, AIR CLEANER COVERS, DERBY COVERS, CALIPER COVERS, SEATS,

BRAKE PEDALS, MOTORCYCLE SADDLEBAGS, SADDLEBAG LINERS, TIMER COVERS AND FENDER TIPS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0–0–1992; IN COMMERCE 0–0–1992.

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1992; IN COMMERCE 0–0–1992.

FOR: LEATHER GOODS, NAMELY TRAVELING BAGS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1990; IN COMMERCE 0–0–1990.

FOR: LEATHER GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1990; IN COMMERCE 0–0–1990.

OWNER OF U.S. REG. NO. 1,311,460.

SER. NO. 75–560,394, FILED 9–28–1998.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,973,501
Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON STREET, SUITE 400
ANN ARBOR, MI 48103

FOR: BANDANNAS, JACKETS, GLOVES, JEANS,
SHIRTS, SHORTS, CAPS, HATS, HALTER TOPS, T-
SHIRTS, UNDERWEAR, LEATHER JACKETS, LEA-
THER VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

THE COLOR(S) RED, WHITE AND BLUE IS/ARE
CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A NUMBER ONE
WITH RED AND WHITE STRIPES ON THE BOT-
TOM PART AND BLUE BACKGROUND WITH
WHITE STARS ON THE TOP PART.

SN 78-271,588, FILED 7-8-2003.

DANIEL CAPSHAW, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

United States Patent and Trademark Office

Reg. No. 2,979,002

Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)

315 W. HURON STREET, SUTIE 400

ANN ARBOR, MI 48103

FOR: DRINKING GLASSES, MUGS, DRINKING
STEINS, BEVERAGE GLASSWARE, IN CLASS 21
(U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-0-2003; IN COMMERCE 7-0-2003.

OWNER OF U.S. REG. NOS. 2,496,088, 2,725,495,
AND OTHERS.

THE MARK CONSISTS OF A NUMBER ONE
WITH RED AND WHITE STRIPES ON THE BOT-
TOM PART AND BLUE BACKGROUND WITH
WHITE STARS ON THE TOP PART.

SN 78-271,902, FILED 7-9-2003.

CAROLINE WOOD, EXAMINING ATTORNEY

**Int. Cl.: 26**

**Prior U.S. Cls.: 37, 39, 40, 42, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,018,481**

Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON STREET, SUITE 400
ANN ARBOR, MI 48103

FOR: ORNAMENTAL NOVELTY PINS, IN CLASS
26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

THE DRAWING IS LINED FOR THE COLOR(S)
RED AND BLUE.

THE MARK CONSISTS OF A NUMBER ONE
WITH RED AND WHITE STRIPES ON THE BOT-
TOM PART AND BLUE BACKGROUND WITH
WHITE STARS ON THE TOP PART.

SN 78-271,661, FILED 7-8-2003.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25, and 50

**United States Patent and Trademark Office**

Reg. No. 3,074,276
Registered Mar. 28, 2006

### TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON STREET, SUITE 400
ANN ARBOR, MI 48103

FOR: METAL KEY CHAINS, M, IN CLASS 6 (U.S.
CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 5-0-1970; IN COMMERCE 5-0-1970.

THE DRAWING IS LINED FOR THE COLOR(S)
RED AND BLUE.

THE MARK CONSISTS OF A NUMBER ONE
WITH RED AND WHITE STRIPES ON THE BOT-
TOM PART AND BLUE BACKGROUND WITH
WHITE STARS ON THE TOP PART.

SN 78-271,946, FILED 7-9-2003.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,185,946

Registered Dec. 19, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)

315 W. HURON, SUITE 400

ANN ARBOR, MI 48103

FOR: JACKETS, BASEBALL HATS, CAPS, SHIRTS
AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

OWNER OF U.S. REG. NOS. 1,660,539, 2,344,680
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MOTORCYCLES", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-656,578, FILED 6-23-2005.

LEIGH LOWRY, EXAMINING ATTORNEY

**Int. Cl.: 6**

**Prior U.S. Cls.: 2, 12, 13, 14, 23, 25, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,304,863

Registered Oct. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON, SUITE 400
ANN ARBOR, MI 48103

FOR: METAL KEY FOBS AND NON-LUMINOUS
AND NON-MECHANICAL METAL SIGNS, IN
CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 7-0-2005; IN COMMERCE 7-0-2005.

SN 78-973,325, FILED 9-13-2006.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,393,839

Registered Mar. 11, 2008

## TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-TION)
315 W. HURON, SUITE 400
ANN ARBOR, MI 48103

FOR: HOUSE MARK FOR A FULL LINE OF CLOTHING, FOOTWEAR AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

OWNER OF U.S. REG. NOS. 1,660,539, 3,185,946 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MOTORCYCLES", APART FROM THE MARK AS SHOWN.

SER. NO. 76-670,350, FILED 12-14-2006.

SANDRA MANIOS, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,447,304**

## United States Patent and Trademark Office

Registered June 17, 2008

### TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)

315 W. HURON, SUITE 400

ANN ARBOR, MI 48103

FOR: A FULL LINE OF CLOTHING, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

OWNER OF U.S. REG. NOS. 1,571,032, 2,406,156
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CLOTHES", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-670,352, FILED 12-14-2006.

SANDRA MANIOS, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,559,365**

Registered Jan. 13, 2009

## TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON, SUITE 400
ANN ARBOR, MI 48103

FOR: HOUSE MARK FOR A LINE OF MOTOR-
CYCLES, STRUCTURAL PARTS FOR MOTOR-
CYCLES, AND RELATED MOTORCYCLE
ACCESSORIES, NAMELY, SEATS, BACKRESTS,
DECORATIVE FUEL TANK PANELS, TRANSMIS-
SION GEARS, FUEL TANKS, WHEEL SPROCKETS,
GEAR SHIFTS, CLUTCHES, BATTERY COVERS
AND STRAPS, FRONT , REAR, AND INTERMEDI-
ATE KICKSTANDS, HUB CAPS, SHIFT KNOBS,
FOOT RESTS AND EXTENSIONS, WINDSHIELDS,
LEG SHIELDS, FENDER TIPS, BRAKE PEDALS,
HANDLEBAR GRIPS, SAFETY GUARDS, NAMELY,
BARS FOR ATTACHMENT TO MOTORCYCLES,
STEERING DAMPERS, SHOCK ABSORBERS,
SPARE WHEELS, SPARE WHEEL CARRIERS, BOOT
GUARDS, NAMELY, MUD FLAPS AND FENDERS,
SADDLE COVERS, LUGGAGE CARRIERS, LI-
CENSE PLATE FRAMES, HANDLEBAR CROSS
BARS, FOOT PEDAL PADS, TANK AND FENDER
PADS, REARVIEW MIRRORS, FENDERS AND
SKIRTS, AND WHEEL BALANCE WEIGHTS, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

OWNER OF U.S. REG. NOS. 1,263,936, 1,660,539
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MOTORCYCLES", APART FROM
THE MARK AS SHOWN.

SER. NO. 76-670,341, FILED 12-14-2006.

SANDRA MANIOS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,697,874**
Registered Oct. 20, 2009

**Int. Cl.: 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

H-D MICHIGAN, LLC (MICHIGAN LIMITED LIABILITY COMPANY)
315 W. HURON STREET
SUITE 400
ANN ARBOR, MI 48103

FOR: MOTORCYCLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

OWNER OF U.S. REG. NOS. 3,185,946 AND 3,490,890.

THE MARK CONSISTS OF NUMBER "1" WITH SKULL AND "HARLEY-DAVIDSON" WITHIN THE NUMBER "1".

SER. NO. 77-582,811, FILED 10-1-2008.

DAVID C. REIHNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,697,875**
Registered Oct. 20, 2009

**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

H-D MICHIGAN, LLC (MICHIGAN LIMITED LIABILITY COMPANY)
315 W. HURON STREET
SUITE 400
ANN ARBOR, MI 48103

FOR: SHIRTS, HATS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-25-2008; IN COMMERCE 6-25-2008.

OWNER OF U.S. REG. NOS. 3,185,946 AND 3,490,890.

THE MARK CONSISTS OF NUMBER ONE WITH SKULL AND "HARLEY-DAVIDSON" WITHIN NUMBER ONE.

SER. NO. 77-582,846, FILED 10-1-2008.

DAVID C. REIHNER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,465,604**

**Registered Jan. 14, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: CLOTHING, NAMELY, SHIRTS, HATS, CAPS, BELTS, JACKETS, GLOVES, SWEAT-SHIRTS, LOUNGE PANTS, WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

THE MARK CONSISTS OF A SKULL DESIGN.

SER. NO. 85-944,051, FILED 5-28-2013.

SUNG IN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,465,650**

**Registered Jan. 14, 2014**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: MOTORCYCLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-0-2001; IN COMMERCE 7-0-2001.

THE MARK CONSISTS OF A DESIGN OF A SKULL.

SER. NO. 85-947,139, FILED 5-31-2013.

SUNG IN, EXAMINING ATTORNEY

*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
> **TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
> **DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or**
> **reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,487,292**
**Registered Feb. 25, 2014**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

**Int. Cl.: 12**

FOR: MOTORCYCLES AND STRUCTURAL PARTS THEREFORE, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 7-0-2010; IN COMMERCE 7-0-2010.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 1,239,313, 3,697,874 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORDING "H+D", THE NUMBER "1" CONTAINING STARS AND STRIPES, AND THE STYLIZED WORDS "HARLEY-DAVIDSON".

SER. NO. 85-828,207, FILED 1-21-2013.

AMEEN IMAM, EXAMINING ATTORNEY



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,487,293**

**Registered Feb. 25, 2014**

**Int. Cl.: 37**

**SERVICE MARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: MOTORCYCLE MODIFICATION AND CUSTOMIZATION; PROVIDING A WEB SITE FEATURING INFORMATION REGARDING MOTORCYCLE CUSTOMIZATION SERVICES; PROVIDING CONSULTATION SERVICES REGARDING MOTORCYCLE CUSTOMIZATION, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 7-0-2010; IN COMMERCE 7-0-2010.

OWNER OF U.S. REG. NOS. 1,239,313, 3,697,874 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORDING "H+D", THE NUMBER "1" CONTAINING STARS AND STRIPES, AND THE STYLIZED WORDS "HARLEY-DAVIDSON".

SER. NO. 85-828,230, FILED 1-21-2013.

AMEEN IMAM, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black; padding:10px;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,528,269**

**Registered May 13, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53074

FOR: JEWELRY, NAMELY, EARRINGS, NECKLACES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-0-2010; IN COMMERCE 7-0-2010.

OWNER OF U.S. REG. NOS. 3,089,507 AND 3,358,093.

THE MARK CONSISTS OF A DESIGN OF A SKULL.

SER. NO. 85-944,606, FILED 5-29-2013.

SUNG IN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,601,391

Registered Sep. 9, 2014

Int. Cl.: 9

**TRADEMARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: CELL PHONE COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

OWNER OF U.S. REG. NOS. 2,921,245 AND 3,046,197.

THE MARK CONSISTS OF THE WORDING "HARLEY-DAVIDSON MOTOR CYCLES" AND THE DESIGN ELEMENTS OF A SHIELD WITH A BAR IN THE MIDDLE. THE WORDS "MOTOR CYCLES" APPEAR IN THE SHIELD DESIGN AND THE WORDS "HARLEY-DAVIDSON" APPEAR IN THE BAR DESIGN.

SER. NO. 86-192,858, FILED 2-13-2014.

BILL DAWE, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> ### TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> ### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,601,394**

**Registered Sep. 9, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: CELL PHONE COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

OWNER OF U.S. REG. NOS. 2,921,245 AND 3,046,197.

THE MARK CONSISTS OF "HARLEY-DAVIDSON MOTORCYCLES" CIRCLING A SKULL.

SER. NO. 86-192,923, FILED 2-13-2014.

BILL DAWE, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
> reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,771,442**

**Registered July 14, 2015**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: A FULL LINE OF JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

OWNER OF U.S. REG. NOS. 3,089,507, 4,528,269 AND OTHERS.

THE MARK CONSISTS OF SKULL, EYES, NOSE, TEETH.

SER. NO. 86-277,290, FILED 5-9-2014.

MEREDITH MARESCA, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,844,360**

**Registered Nov. 3, 2015**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: PARTS OF MOTORCYCLES, EXCLUDING PARTS OF ALL MOTORS AND ENGINES, NAMELY, DERBY COVERS, AIR CLEANER TRIM, TIMER COVERS, BATTERY COVER BAND, FUEL CAPS, BRAKE CALIPER INSERTS, FENDER SKIRTS, CONSOLE DOORS, HEAD LAMP VISORS, MEDALLIONS, FOOT PEGS, GEARSHIFT LINKAGES, FOOT BOARD COVERS, HANDLEBAR CLAMPS, HAND GRIPS, FUEL GAUGES, GUARD RAIL INSERTS, AXLE NUT COVERS, BREATHER END CAP, VALVE STEM CAPS, FOOT BOARDS, TURN SIGNAL VISORS, PIVOT BOLT COVERS, TANK PANEL, FENDER TIP LENS KIT, CONSOLE INSERT, AIR CLEANER COVER, DECORATIVE END CAPS, MIRRORS AND MOUNTING HARDWARE FOR THE AFORESAID GOODS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

THE MARK CONSISTS OF SKULL WITH TWO EYES AND NOSE.

SER. NO. 86-505,411, FILED 1-16-2015.

PAUL MORENO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
> **TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
> **DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 14

Prior U.S. Cl.: 28

## United States Patent and Trademark Office

Reg. No. 1,654,280
Registered Aug. 20, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## HD

HARLEY-DAVIDSON, INC. (DELAWARE COR-
PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: JEWELRY, NAMELY LAPEL PINS,
EARRINGS, NECKLACES AND BRACELETS,
IN CLASS 14 (U.S. CL. 28).

FIRST USE 10-0-1983; IN COMMERCE
10-0-1983.
OWNER OF U.S. REG. NOS. 1,317,592, 1,490,127
AND OTHERS.

SER. NO. 73-736,793, FILED 6-28-1988.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

**Int. Cls.: 5, 6, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26 and 34**

**Prior U.S. Cls.: 2, 3, 8, 12, 13, 18, 19, 21, 22, 26, 28, 32, 38, 39, 40, 42, 44 and 50**

Reg. No. 1,263,936

## United States Patent and Trademark Office

Registered Jan. 17, 1984

### TRADEMARK
#### Principal Register



Harley-Davidson Motor Co., Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

For: FIRST AID KITS CONTAINING GENERAL PURPOSE FIRST AID SUPPLIES SUCH AS BANDAGES, BANDAGE COMPRESSORS, AMMONIA INHALANT, TOURNIQUETS, ANTIBACTERIAL SOLUTIONS, BURN EMOLLIENT, AND PICRIC ACID GAUZE, in CLASS 5 (U.S. Cls. 18 and 44).

First use 1933; in commerce 1933.

For: OIL TANK TRIM, MEDALLIONS AND NON-LUMINOUS NON-MECHANICAL SIGNS MADE PRIMARILY OF METAL AND PLASTIC, in CLASS 6 (U.S. Cls. 12, 13 and 50).

First use Jun. 10, 1978; in commerce Jun. 10, 1978.

For: SUNGLASSES, BATTERY CHARGERS, PROTECTIVE MOTORCYCLE CRASH HELMETS AND LUMINOUS SIGNS, in CLASS 9 (U.S. Cls. 21 and 26).

First use 1933; in commerce 1933.

For: ELECTRIC LAMPS, in CLASS 11 (U.S. Cl. 21).

First use 1947; in commerce 1947.

For: MUD FLAPS, SISSY BARS, FUEL DOOR PLATES, OIL COOLER COVERS, AIR CLEANERS, RADIO CADDIES, MOTORCYCLE TANK AND FENDER SETS, BUCKET SEATS, CLUTCH COVERS, LEATHER MOTORCYCLE BAGS AND MOTORCYCLES, in CLASS 12 (U.S. Cl. 19).

First use 1966; in commerce 1966.

For: JEWELRY—NAMELY, NECKLACES, RINGS, AND KEY FOBS, in CLASS 14 (U.S. Cl. 28).

First use Jul. 3, 1977; in commerce Jul. 3, 1977.

For: POSTERS, PAPER DECALS AND PLAYING CARDS, in CLASS 16 (U.S. Cls. 22 and 38).

First use Feb. 15, 1978; in commerce Feb. 15, 1978.

For: WALLETS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 4, 1977; in commerce Nov. 4, 1977.

For: DECORATIVE WALL PLAQUES AND MIRRORS, in CLASS 20 (U.S. Cls. 32 and 50).

First use 1975; in commerce 1975.

For: MUGS AND INSULATED DRINKING STEINS, in CLASS 21 (U.S. Cl. 2).

First use 1975; in commerce 1975.

For: TOWELS, in CLASS 24 (U.S. Cl. 42).

First use Aug. 14, 1977; in commerce Aug. 14, 1977.

For: CLOTHING—NAMELY, T-SHIRTS, JACKETS, BLUE JEANS, SWEAT SHIRTS, UNDERWEAR, NIGHTSHIRTS, BANDANAS, HEADWEAR, SOCKS, BOOTS, CYCLE RIDING SUITS, APRONS, BELTS AND SUSPENDERS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 6, 1977; in commerce Sep. 6, 1977.

For: EMBROIDERED PATCHES, BELT BUCKLES AND LAPEL, HAT AND STICK PINS ALL OF NON-PRECIOUS METALS, in CLASS 26 (U.S. Cls. 28 and 40).

First use 1936; in commerce 1936.

For: ASH TRAYS AND CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use 1933; in commerce 1933.

Owner of U.S. Reg. Nos. 522,500, 1,078,871 others.

Ser. No. 335,963, filed Nov. 6, 1981

DAVID C. REIHNER, Examining Attorney

**Int. Cls.: 5, 6, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26 and 34**

**Prior U.S. Cls.: 2, 3, 8, 12, 13, 18, 19, 21, 22, 26, 28, 32, 38, 39, 40, 42, 44 and 50**

Reg. No. 1,263,936

## United States Patent and Trademark Office

Registered Jan. 17, 1984

### TRADEMARK
#### Principal Register



Harley-Davidson Motor Co., Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

For: FIRST AID KITS CONTAINING GENERAL PURPOSE FIRST AID SUPPLIES SUCH AS BANDAGES, BANDAGE COMPRESSORS, AMMONIA INHALANT, TOURNIQUETS, ANTIBACTERIAL SOLUTIONS, BURN EMOLLIENT, AND PICRIC ACID GAUZE, in CLASS 5 (U.S. Cls. 18 and 44).

First use 1933; in commerce 1933.

For: OIL TANK TRIM, MEDALLIONS AND NON-LUMINOUS NON-MECHANICAL SIGNS MADE PRIMARILY OF METAL AND PLASTIC, in CLASS 6 (U.S. Cls. 12, 13 and 50).

First use Jun. 10, 1978; in commerce Jun. 10, 1978.

For: SUNGLASSES, BATTERY CHARGERS, PROTECTIVE MOTORCYCLE CRASH HELMETS AND LUMINOUS SIGNS, in CLASS 9 (U.S. Cls. 21 and 26).

First use 1933; in commerce 1933.

For: ELECTRIC LAMPS, in CLASS 11 (U.S. Cl. 21).

First use 1947; in commerce 1947.

For: MUD FLAPS, SISSY BARS, FUEL DOOR PLATES, OIL COOLER COVERS, AIR CLEANERS, RADIO CADDIES, MOTORCYCLE TANK AND FENDER SETS, BUCKET SEATS, CLUTCH COVERS, LEATHER MOTORCYCLE BAGS AND MOTORCYCLES, in CLASS 12 (U.S. Cl. 19).

First use 1966; in commerce 1966.

For: JEWELRY—NAMELY, NECKLACES, RINGS, AND KEY FOBS, in CLASS 14 (U.S. Cl. 28).

First use Jul. 3, 1977; in commerce Jul. 3, 1977.

For: POSTERS, PAPER DECALS AND PLAYING CARDS, in CLASS 16 (U.S. Cls. 22 and 38).

2                                    1,263,936

First use Feb. 15, 1978; in commerce Feb. 15, 1978.

For: WALLETS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 4, 1977; in commerce Nov. 4, 1977.

For: DECORATIVE WALL PLAQUES AND MIRRORS, in CLASS 20 (U.S. Cls. 32 and 50).

First use 1975; in commerce 1975.

For: MUGS AND INSULATED DRINKING STEINS, in CLASS 21 (U.S. Cl. 2).

First use 1975; in commerce 1975.

For: TOWELS, in CLASS 24 (U.S. Cl. 42).

First use Aug. 14, 1977; in commerce Aug. 14, 1977.

For: CLOTHING—NAMELY, T-SHIRTS, JACKETS, BLUE JEANS, SWEAT SHIRTS, UNDERWEAR, NIGHTSHIRTS, BANDANAS, HEADWEAR, SOCKS, BOOTS, CYCLE RIDING SUITS, APRONS, BELTS AND SUSPENDERS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 6, 1977; in commerce Sep. 6, 1977.

For: EMBROIDERED PATCHES, BELT BUCKLES AND LAPEL, HAT AND STICK PINS ALL OF NON-PRECIOUS METALS, in CLASS 26 (U.S. Cls. 28 and 40).

First use 1936; in commerce 1936.

For: ASH TRAYS AND CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use 1933; in commerce 1933.

Owner of U.S. Reg. Nos. 522,500, 1,078,871 others.

Ser. No. 335,963, filed Nov. 6, 1981

DAVID C. REIHNER, Examining Attorney

Int. Cls.: 7 and 12

Prior U.S. Cls.: 19 and 21

## United States Patent and Trademark Office

Reg. No. 1,316,576
Registered Jan. 29, 1985

## TRADEMARK
### Principal Register

## EAGLE IRON

Harley-Davidson Motor Co. Inc. (Wisconsin corporation)
3700 W. Juneau Ave.
Milwaukee, Wis. 53208

For: MOTORCYCLE ELECTRICAL PARTS—NAMELY, COILS, BRUSHES, ARMATURES, AND GENERATORS, in CLASS 7 (U.S. Cl. 21).
First use Jun. 1, 1983; in commerce Jun. 1, 1983.
For: MOTORCYCLE PARTS—NAMELY, GEARS, SHAFTS, STARTER CLUTCHES, SPROCKETS, BATTERY COVERS AND STRAPS, AIR CLEANERS AND FILTERS, in CLASS 12 (U.S. Cl. 19).
First use Jun. 1, 1983; in commerce Jun. 1, 1983.
Owner of U.S. Reg. No. 1,272,416.
No claim is made to the exclusive right to use "Iron", apart from the mark as shown.

Ser. No. 429,901, filed Jun. 13, 1983.

BARRY SOLOMON, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,434,821

## United States Patent and Trademark Office

Registered Mar. 31, 1987

### TRADEMARK
### PRINCIPAL REGISTER

## WILLIE G

HARLEY-DAVIDSON, INC. (DELAWARE COR-
PORATION)
P.O. BOX 653
MILWAUKEE, WI 53201

FOR: JACKETS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-0-1985; IN COMMERCE
8-0-1985.

"WILLIE G" INDENTIFIES "WILLIAM G.
DAVIDSON" WHOSE CONSENT TO USE AND
REGISTRATION OF THE TRADEMARK IS OF
RECORD.

SER. NO. 617,495, FILED 8-29-1986.

RICHARD B. GORDON, EXAMINING ATTOR-
NEY

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,597,427
Registered May 22, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## HD

HARLEY-DAVIDSON, INC. (DELAWARE COR-
PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: LEATHER GOODS, NAMELY WAL-
LETS, TOTE BAGS, AND LADIES' PURSES, IN
CLASS 18 (U.S. CL. 3).

FIRST USE 1-0-1983; IN COMMERCE
1-0-1983.

SER. NO. 73-736,924, FILED 6-28-1988.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

Int. Cl.: 26

Prior U.S. Cl.: 40

**United States Patent and Trademark Office**

Reg. No. 1,534,449
Registered Apr. 11, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## HD

HARLEY-DAVIDSON, INC. (DELAWARE COR-
PORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208 :

FOR: DECORATIVE CLOTH PATCHES AND
BELT BUCKLES OF NON-PRECIOUS METAL,
IN CLASS 26 (U.S. CL. 40).

FIRST USE 10-0-1983; IN COMMERCE
10-0-1983.
OWNER OF U.S. REG. NOS. 1,317,592, 1,452,450
AND OTHERS.

SER. NO. 737,021, FILED 6-28-1988.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

Int. Cls.: 6, 8, 14, 16, 21, 24, 25, 26 and 34

Prior U.S. Cls.: 2, 8, 13, 22, 23, 27, 28, 33, 37, 38, 39, 40 and 50

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,716,992
Registered Sep. 15, 1992
OG Date Aug. 24, 1993

## TRADEMARK
## PRINCIPAL REGISTER

### HOG

HARLEY-DAVIDSON, INC. (WISCONSIN CORPORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208, BY MERGER AND CHANGE OF NAME FROM HARLEY-DAVIDSON, INC. (DELAWARE CORPORATION) MILWAUKEE, WI

OWNER OF U.S. REG. NOS. 1,455,826 AND 1,483,313.

FOR: METAL BADGES; FIGURINES MADE OF METAL, IN CLASS 6 (U.S. CL. 13).

FIRST USE 0-0-1988; IN COMMERCE 0-0-1988.

FOR: FOLDING KNIVES, SPORT KNIVES AND KNIFE CASES, IN CLASS 8 (U.S. CL. 23).

FIRST USE 6-0-1988; IN COMMERCE 6-0-1988.

FOR: CLOCKS, WATCHES, JEWELRY OF PRECIOUS AND NON-PRECIOUS METAL, NAMELY, PINS, CHARMS, EARRINGS, BRACELETS, NECKLACES, AND RINGS; ORNAMENTAL LAPEL PINS; ASHTRAYS, CIGARETTE CASES AND HOLDERS OF CIGARETTE LIGHTERS OF PRECIOUS METALS; BELT BUCKLES OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 8-0-1983; IN COMMERCE 8-0-1983.

FOR: GREETING CARDS, ROAD ATLAS, POSTERS, CALENDARS, NEWSLETTERS, BOOKS AND MAGAZINES RELATING TO MOTORCYCLING, PAPER BANNERS RELATING TO MOTORCYCLING, PLAYING CARDS, DECALS, NOTE PAPER, PENS AND PENCILS, CHECKBOOK CLUTCHES , IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: DRINKING STEINS; GLASSWARE, NAMELY, PLATES, CUP SAUCERS, GLASSES AND OTHER CONTAINERS FOR FOOD AND BEVERAGE; MUGS, CUPS, INSULATED CAN HOLDERS, COMMEMORATIVE PLATES, TOOTHBRUSHES, QUENCHER CUPS

2                          1,716,992

AND FIGURINES MADE OF CERAMIC, PORCELAIN AND GLASS; LEATHER CAN, GLASS AND MUG HOLDERS, IN CLASS 21 (U.S. CLS. 2, 33 AND 50).

FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

FOR: FLAGS AND BANNERS NOT OF PAPER, IN CLASS 24 (U.S. CL. 50).

FIRST USE 6-0-1983; IN COMMERCE 6-0-1983.

FOR: CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, T-SHIRTS, CAPS, HATS, JACKETS, VESTS, SOCKS, SHOES, BOOTS, SCARVES, BELTS, SWEAT PANTS, PANTS, BANDANAS, GLOVES, SUSPENDERS, CHAPS, RAINSUITS, AND MITTENS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

FOR: BELT BUCKLES NOT OF PRE-CIOUS METALS, ORNAMENTAL PINS AND EMBROIDERED PATCHES FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

FOR: ASHTRAYS, CIGARETTE CASES AND HOLDERS OF CIGARETTE LIGHTERS NOT OF PRECIOUS METAL; CIGARETTE LIGHTERS, IN CLASS 34 (U.S. CL. 8).

FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

SER. NO. 74–008,188, FILED 12–1–1989.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 24, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 6, 8, 14, 16, 21, 24, 25, 26, and 34

Prior U.S. Cls.: 2, 8, 13, 22, 23, 27, 28, 33, 37, 38, 39, 40, and 50

Reg. No. 1,716,992

## United States Patent and Trademark Office

Registered Sep. 15, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## HOG

HARLEY-DAVIDSON, INC. (DELAWARE CORPORATION)
3700 WEST JUNEAU AVENUE
MILWAUKEE, WI 53208

FOR: METAL BADGES; FIGURINES MADE OF METAL, IN CLASS 6 (U.S. CL. 13).
FIRST USE 0-0-1988; IN COMMERCE 0-0-1988.

FOR: FOLDING KNIVES, SPORT KNIVES AND KNIFE CASES, IN CLASS 8 (U.S. CL. 23).
FIRST USE 6-0-1988; IN COMMERCE 6-0-1988.

FOR: CLOCKS, WATCHES, JEWELRY OF PRECIOUS AND NON-PRECIOUS METAL, NAMELY, PINS, CHARMS, EARRINGS, BRACELETS, NECKLACES, AND RINGS; ORNAMENTAL LAPEL PINS; ASHTRAYS, CIGARETTE CASES AND HOLDERS OF CIGARETTE LIGHTERS OF PRECIOUS METALS; BELT BUCKLES OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 27 AND 28).
FIRST USE 8-0-1983; IN COMMERCE 8-0-1983.

FOR: GREETING CARDS, ROAD ATLAS, POSTERS, CALENDARS, NEWSLETTERS, BOOKS AND MAGAZINES RELATING TO MOTORCYCLING, PAPER BANNERS RELATING TO MOTORCYCLING, PLAYING CARDS, DECALS, NOTE PAPER, PENS AND PENCILS, CHECKBOOK CLUTCHES, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).
FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: DRINKING STEINS; GLASSWARE, NAMELY, PLATES, CUP SAUCERS, GLASSES AND OTHER CONTAINERS FOR FOOD AND BEVERAGE; MUGS, CUPS, INSULATED CAN HOLDERS, COMMEMORATIVE PLATES, TOOTHBRUSHES, QUENCHER CUPS AND FIGURINES MADE OF CERAMIC, PORCELAIN AND GLASS; LEATHER CAN, GLASS AND MUG HOLDERS, IN CLASS 21 (U.S. CLS. 2, 33 AND 50).
FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

FOR: FLAGS AND BANNERS NOT OF PAPER, IN CLASS 24 (U.S. CL. 50).
FIRST USE 6-0-1983; IN COMMERCE 6-0-1983.

FOR: CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, T-SHIRTS, CAPS, HATS, JACKETS, VESTS, SOCKS, SHOES, BOOTS, SCARVES, BELTS, SWEAT PANTS, PANTS, BANDANAS, GLOVES, SUSPENDERS, CHAPS, RAINSUITS, AND MITTENS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

FOR: BELT BUCKLES NOT OF PRECIOUS METALS, ORNAMENTAL PINS AND EMBROIDERED PATCHES FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

FOR: ASHTRAYS, CIGARETTE CASES AND HOLDERS OF CIGARETTE LIGHTERS NOT OF PRECIOUS METAL; CIGARETTE LIGHTERS, IN CLASS 34 (U.S. CL. 8).

2                                    1,716,992

FIRST USE 0–0–1990; IN COMMERCE          SN 74–008,188, FILED 12–1–1989.
0–0–1990.

OWNER OF U.S. REG. NOS. 1,455,826 AND
1,483,313.                                    RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9, and 17

**Reg. No. 2,042,130**

## United States Patent and Trademark Office

Registered Mar. 4, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## HD

H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 WEST HURON ST., SUITE 400
ANN ARBOR, MI 48103 BY MERGER AND
CHANGE OF NAME AND ASSIGNMENT
FROM HARLEY-DAVIDSON, INC. (DELA-
WARE CORPORATION) MILWAUKEE, WI
53208

FOR: CIGARETTE LIGHTERS, CIGARETTE
CASES NOT MADE OF PRECIOUS METALS,
AND HOLDERS FOR CIGARETTE LIGHTERS
NOT MADE OF PRECIOUS METALS, IN
CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 6–1–1990; IN COMMERCE
6–1–1990.

OWNER OF U.S. REG. NOS. 1,452,450,
1,541,652, AND OTHERS.

SN 74–008,193, FILED 12–1–1989.

JERRY L. PRICE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,530,093

## United States Patent and Trademark Office

Registered Jan. 15, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## FXRG

H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON ST., SUITE 400
ANN ARBOR, MI 48103

FOR: COVERALLS, JACKETS, COATS, SUITS,
VESTS, GLOVES AND PANTS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 8-1-1999; IN COMMERCE 8-1-1999.

SN 75-358,592, FILED 9-17-1997.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,315,877

Registered Feb. 8, 2000

## TRADEMARK
### PRINCIPAL REGISTER

**HD**

H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 WEST HURON STREET
SUITE 400
ANN ARBOR, MI 48103

FOR: SHIRTS, JACKETS, VESTS, LINGERIE,
BELTS, T-SHIRTS, SWEATERS, PANTS, NECK-
TIES, COVERALLS, RAINSUITS, RAIN HATS,
NIGHTGOWNS, HALTERS, UNDERWEAR,
TANK TOPS, SWEAT PANTS, SWEATSHIRTS,
NIGHTSHIRTS, SOCKS, GLOVES, HATS, SUS-
PENDERS, CHAPS, WRISTBANDS, FOOT-
WEAR, HEEL SPURS, HEEL GUARDS, SOLE
PLATES, BOOT TIPS, SHORTS, SCARVES,
JEANS, LEATHER JACKETS, LEATHER
PANTS, LEATHER VESTS, LEATHER CHAPS,
LEATHER BELTS, LEATHER BOOTS, LEATH-
ER CAPS, LEATHER HATS, LEATHER
GLOVES, LEATHER MITTENS, LEATHER
HALTER TOPS, LEATHER SKIRTS, LEATHER
JEANS AND LEATHER BANDANAS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1988; IN COMMERCE
0–0–1988.

OWNER OF U.S. REG. NOS. 1,541,652,
1,596,518, AND 1,775,905.

SER. NO. 75–544,970, FILED 8–28–1998.

SCOTT OSLICK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,817,659
Registered Feb. 24, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## MOTORCLOTHES

H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON ST., SUITE 400
ANN ARBOR, MI 48103

FOR: CLOTHING, NAMELY BANDANAS, BELTS, COATS, JACKETS, CAPS, HATS, HEAD WEAR, KNIT HATS, RAIN HATS, GLOVES, JEANS, PANTS, CHAPS, COVERALLS, SHORTS, SHIRTS, SWEATERS, HALTER TOPS, TANK TOPS, CT- SHIRTS, SWEATSHIRTS, SWEAT PANTS, HOSIERY, HEAD BANDS, LEATHER COATS, LEATHER JACKETS, LEATHER PANTS, LEATHER CHAPS, LEATHER VESTS, NECKTIES, NIGHTGOWNS, NIGHT SHIRTS, PAJAMAS, RAIN COATS, RAIN SUITS, SUITS, SCARVES, SUSPENDERS, SWIMSUITS, SKIRTS, BIB OVERALLS, BABY BIBS NOT OF PAPER, LINGERIE, UNDERWEAR, VESTS, AND WRISTBANDS; FOOTWEAR, NAMELY SHOES AND BOOTS; AND FOOTWEAR PARTS NAMELY DECORATIVE BOOT STRAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-31-1990; IN COMMERCE 8-31-1990.

SN 75-776,385, FILED 8-16-1999.

GENE MACIOL, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,892,609**

## United States Patent and Trademark Office

Registered Oct. 12, 2004

## TRADEMARK
### PRINCIPAL REGISTER



H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON, SUITE 400
ANN ARBOR, MI 48103

FOR: CLOTHING, NAMELY JACKETS, VEST,
SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

THE DRAWING IS LINED FOR THE COLOR
ORANGE; THE DOTTED LINES ARE NOT PART OF
THE MARK AND MERELY SHOW WHERE THE
MARK APPEARS ON THE GOODS.

THE MARK CONSISTS OF AN ORANGE STRIPE
DESIGN, NAMELY A WIDE ORANGE STRIPE OUT-
LINED BY TWO NARROW STRIPES.

SEC. 2(F).

SER. NO. 76-492,050, FILED 2-21-2003.

STEVEN R. FINE, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# FAT BOY

**Reg. No. 3,818,854**
**Registered July 13, 2010**

H-D MICHIGAN, LLC (MICHIGAN LIMITED LIABILITY COMPANY)
315 W. HURON STREET
ANN ARBOR, MI 48103

**Int. Cl.: 6**

FOR: NON-LUMINOUS, NON-MECHANICAL TIN SIGNS, NON-LUMINOUS, NON-MECH-
ANICAL METAL SIGNS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

**TRADEMARK**

FIRST USE 6-10-2005; IN COMMERCE 6-10-2005.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,594,104.

SN 77-355,370, FILED 12-19-2007.

KAREN K. BUSH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

## SCREAMIN' EAGLE

**Reg. No. 3,734,072** H-D MICHIGAN, LLC (MICHIGAN LIMITED LIABILITY COMPANY)
Registered Jan. 5, 2010   315 W. HURON, SUITE 400
ANN ARBOR, MI 48103

**Int. Cl.: 25** FOR: CAPS; JACKETS, SHIRTS AND SWEATSHIRTS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**
**PRINCIPAL REGISTER** FIRST USE 12-31-1987; IN COMMERCE 12-31-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-752,888, FILED 6-5-2009.

COLLEEN DOMBROW, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# HARLEY

**Reg. No. 4,955,539**

**Registered May 10, 2016**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. JUNEAU AVENUE
MILWAUKEE, WI 43208

FOR: WATCHES, RINGS, BRACELETS, NECKLACES, EARRINGS, PINS BEING JEWELRY; JEWELRY, NAMELY, WRIST CUFFS, PENDANTS, CHARMS AND RIDE BEADS FOR MAKING JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-1996; IN COMMERCE 12-31-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-758,748, FILED 9-16-2015.

JULIE WATSON, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FXRG

**Reg. No. 5,346,443**

**Registered Nov. 28, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. Juneau Avenue
Milwaukee, WISCONSIN 53208

CLASS 9: Helmets

FIRST USE 2-00-2005; IN COMMERCE 2-00-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-506,624, FILED 06-27-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FXRG

**Reg. No. 5,493,726**

**Registered Jun. 12, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

H-D U.S.A., LLC  (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. Juneau Avenue
Milwaukee, WISCONSIN 53208

CLASS 9: Eyewear, body armor

FIRST USE 8-00-2001; IN COMMERCE 8-00-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-507,197, FILED 06-27-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# DAYMAKER

**Reg. No. 5,346,467**

**Registered Nov. 28, 2017**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

H-D U.S.A., LLC (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. Juneau Avenue
Milwaukee, WISCONSIN 53074

CLASS 11: Motorcycle headlamps

FIRST USE 8-00-2012; IN COMMERCE 8-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-540,124, FILED 07-24-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,110,597**

Registered June 27, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# STREET BOB

H-D MICHIGAN, INC. (MICHIGAN CORPORA-
TION)
315 W. HURON, SUITE 400
ANN ARBOR, MI 48103

FOR: MOTORCYCLES AND MOTORCYCLE
STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 7-0-2005; IN COMMERCE 7-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-592,386, FILED 3-22-2005.

JENNIFER VASQUEZ, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# FXRG

**Reg. No. 5,770,303**

**Registered Jun. 04, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

H-D U.S.A., LLC  (WISCONSIN LIMITED LIABILITY COMPANY)
3700 W. Juneau Avenue
Milwaukee, WISCONSIN 53208

CLASS 25: Clothing, namely, sweaters, jackets, scarves, bandannas, vests, jeans, pants, chaps, shirts, caps, hats, headgear for wear, belts, wristbands, coveralls, trousers, rain suits, rain coats, T-shirts, head bands, neck gators, socks, leg warmers, mittens, leather clothing, bibs; footwear, namely, shoes and boots

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-507,186, FILED 06-27-2017



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.