**Harley-Davidson Motor Company, Inc. v. BlnCoo and the Individuals and Entities Operating BlnCoo**

**Case No. 25-cv-02571**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | temu.com/m-634418219528352.html | BlnCoo |